==The stipulation of dismissal is granted pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with prejudice. Court costs to each respective party. The court to retain jurisdiction.==

==It is so ordered.==
==s/James G. Carr==
==Sr. U.S. District Judge==

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION AT CLEVELAND

| | |
|---|---|
| KAITLIN C. CARNAHAN, | Case No. 3:23-cv-00813 |
| Plaintiff, | Judge James J. Carr |
| v. | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| FIFTH THIRD BANK, N.A., | |
| Defendant. | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Kaitlin C. Carnahan ("Plaintiff") and Defendant Fifth Third Bank, N.A. ("Fifth Third"), through the undersigned counsel, hereby stipulate to the dismissal of Plaintiff's Complaint against Fifth Third with prejudice. Court costs to each respective party.

Respectfully submitted,

| | |
|---|---|
| */s/ Daniel M. Solar* | /s/ Kara A. Czanik |
| Marc E. Dann (0039425) | Kara A. Czanik (0075165) |
| Daniel M. Solar (0085632) | DINSMORE & SHOHL LLP |
| Michael A. Smith, Jr. (0097147) | 255 East Fifth Street, Suite 1900 |
| Jeffrey A. Crossman (0073461) | Cincinnati, Ohio 45202 |
| Dann Law | Tel: (513) 832-5490 |
| 15000 Madison Ave. | Fax: (513) 977-8141 |
| Lakewood, OH 44107 | Email: kara.czanik@dinsmore.com |
| Telephone: (216) 373-0539 | |
| Facsimile: (216) 373-0536 | *Attorneys for Defendant Fifth Third Bank,* |
| notices@dannlaw.com | *National Association* |
| | |
| Attorneys for Plaintiff Kaitlin C. Carnahan | |

1

## CERTIFICATE OF SERVICE

    I hereby certify that on October 30, 2023, I caused the foregoing to be electronically filed with the Clerk of the Court by using CM/ECF system, which will send a notice of electronic filing to counsel of record.

*/s/ Kara A. Czanik*
